CHURCH, EXECUTOR OF ———, V. RHODES.

Accord and satisfaction cannot be given in evidence under the plea of full payment.

ACTION on note.    Plea full payment.    Issue to the court.

The defendant proved that he sold and delivered a quantity of cheese to the testator, more than to the amount of said note, which was agreed to be received on said note.

Judgment for the plaintiff — Because the proof did not

answer the issue; he ought to have plead it by way of accord and satisfaction; no collateral article can be payment of a money debt, although it may be delivered and received in satisfaction by the accord and agreement of the plaintiff.